**ENTER JS-6**

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| MARIO BRAMBILA, | Case No. EDCV 06-01399-SGL (JCRx) |
| Plaintiffs, | |
| v. | ORDER REMOVING CASE FROM COURT'S LIST OF PENDING CASES, PURSUANT TO SETTLEMENT |
| FLEETWOOD MOTORHOMES OF CALIFORNIA, INC.; AND DOES 1-10, | |
| Defendants. | |

Counsel for plaintiff and for the defendant appeared and announced on the record, that a settlement agreement has been reached that will fully dispose of this action.  The terms of the settlement was placed on the record.

Accordingly, the Court hereby vacates all pending hearings and matters on the calendar.  The Court shall retain jurisdiction of this matter for the purpose of resolving any controversy or claim arising out of or relating to the enforcement of the Settlement Agreement.  Should it become necessary the Court will hear a noticed motion for entry of Judgment to enforce the terms of settlement.  Counsel shall file a notice and stipulation of dismissal within 30 days of the date of this order or notify

1 | the Court in writing by submitting a proposed stipulation and order for an extension
2 | of the foregoing deadline.  The Clerk shall mail, FAX or E:mail a copy of this Order to
3 | all counsel.
4 |
5 | Dated:  October 6, 2008

*S.G. Larson*

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE